**UNITED STATES of America, Plaintiff–Appellee**

v.

**Robert SPRAGUE, also known as Jailbird, Defendant–Appellant.**

**No. 12–30885**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 31, 2013.

Camille Ann Domingue, Assistant U.S. Attorney, John Luke Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, Keith Becker, Anitha S. Ibrahim, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Prentice Lang White, Esq., Counsel, P.L. White Law Firm, Baton Rouge, LA, for Defendant–Appellant.

Robert Sprague, Tucson, AZ, pro se.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Robert Sprague has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229

---

(5th Cir.2011). Sprague has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.